**Order entered September 13, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00997-CR
No. 05-18-00998-CR

**RICHARD LEON GOFF, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-58936-U & F17-71049-U**

## ORDER

We **REINSTATE** these appeals.

We abated the appeals for a hearing on whether appellant was entitled to court-appointed counsel. On September 6, 2018, docketing statements were filed indicating Julie Woods of the Dallas County Public Defender's Office had been appointed to represent appellant.

We **DIRECT** the Clerk to list Julie Woods as appellate counsel and send all future correspondence to her at 133 N. Riverfront Blvd, LB-2, Dallas, TX 75207-4399.


/s/    CRAIG STODDART
          JUSTICE